UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| MUHSIN H. ABDUR-RAHIIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 08-224-ART |
| v. | ) | |
| | ) | |
| JOHN DOE, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered this date, it is

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is hereby entered in favor of the Defendants.

(2) The claims asserted in this action by the Plaintiff are **DISMISSED**.

(3) This matter is **STRICKEN** from the Court's active docket.

(4) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(5) The Court **CERTIFIES** that any appeal would not be taken in good faith.

This the 27th day of January, 2009.



**Signed By:**

**_Amul R. Thapar_** AT

**United States District Judge**